```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:11-CR-00074 OWW |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | STIPULATION TO SCHEDULE CHANGE |
| v. | ) | OF PLEA PROCEEDING |
|  | ) |  |
|  | ) | Date: Wednesday June 22, 2011 |
| KENNETH CARTER, | ) | Time: 12:30 p.m. |
|  | ) | PLACE: Courtroom 3 |
|  | ) | Hon. Oliver W. Wanger |
| Defendant. | ) |  |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Daniel Harralson, attorney for defendant, that a change of plea hearing be scheduled for Wednesday June 22, 2011 at 12:30 p.m.

Dated: June 17, 2011                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                   By   /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: June 17, 2011                    /s/ Katherine Hart
                                        DANIEL HARRALSON
                                        Attorney for Defendant

///

1 | IT IS SO ORDERED.

2 | **Dated:   June 17, 2011**                               /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE