IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-74 LJO |
| Plaintiff, | **ORDER RESPONDING TO DEFENDANT'S MOTION FOR CLARIFICATION** |
| vs. | (Doc. 27.) |
| KENNETH CARTER, | |
| Defendant. / | |

Defendant requests "clarification of the record" regarding his placement in the Residential Drug Abuse Treatment Program ("RDAP"). Specifically, Defendant asserts that he was wrongfully denied participation in the RDAP because his plea agreement allegedly states that he should be allowed to participate. Defendant requests that the Court forward the record in this case to the United States Penitentiary at Lompoc as he believes the record will demonstrate that he is entitled to the program.

After reviewing the written and oral record, including the sentencing and plea agreement transcripts as well as the plea agreement itself, there is no *requirement* or promise that Defendant be allowed to participate in the RDAP. It is merely a recommendation. Ultimately, the determination regarding whether a prisoner is eligible to participate in RDAP is made by the Bureau of Prisons once the prisoner is in custody. *Woodard v. Compton*, 531 F. Supp. 2d 1228, 1231-32 (C.D. Cal. 2008); 18 U.S.C. 3621. According to the Defendant's motion, the Bureau of Prisons did not find him eligible for the program. The Court does not have authority to order otherwise.

1    Defendant's request is DENIED.

IT IS SO ORDERED.

**Dated:      April 30, 2012**               /s/ **Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

2