**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 11-0074 LJO |
| Plaintiff, | **ORDER ON MOTION FOR TRANSCRIPTS** |
| vs. | (Docs. 29.) |
| KENNETH CARTER, | |
| Defendant. | |

Defendant Kenneth Carter ("defendant") is a federal prisoner, proceeds pro se, and requests sentencing transcripts to assist his preparation of an anticipated 28 U.S.C. § 2255 ("section 2255") motion.

An appellant proceeding in forma pauperis on appeal may request production of transcripts at government expense pursuant to 28 U.S.C. §§ 753(f) and 1915(c). In such actions, transcript fees "shall also be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)." 28 U.S.C. § 753(f); *see Henderson v. United States*, 734 F.2d 483, 484 (9th Cir. 1984); *McKinney v. Anderson*, 924 F.2d 1500, 1511 (9th Cir. 1991).

Defendant provides no pertinent authority to entitle him to transcripts to assist with his anticipated section 2255 motion. Defendant merely requests transcripts but fails to explain their utility or need for them. Based on such scant information, this Court is unable to conclude that defendant's anticipated section 2255 motion presents a substantial question. In fact, there is nothing to substantiate

1  that the anticipated section 2255 motion presents a substantial question.

2        Accordingly, defendant's motion for transcripts at government expense is DENIED.

3        IT IS SO ORDERED.

4  **Dated:   June 15, 2012**                    /s/ **Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE