Case 1:11-cr-00074-LJO   Document 44   Filed 05/17/16   Page 1 of 1

FILED

MAY 16 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>              Plaintiffs,                          )<br>                                                         )<br>       vs.                                              )<br>                                                         )<br> KENNETH CARTER                          )<br>                                                         )<br>              Defendant.                         )<br>_____) | No. 1:11-CR-00074-001 LJO<br><br>ORDER OF RELEASE |

Status Conference hearing was held May 16, 2016. The Court is granting the defendant's request to enter drug treatment program prior to being sentenced on the violation of supervised release.

IT IS HEREBY ORDERED that the defendant shall be released to a representative of Westcare Residential Drug Treatment Program on Tuesday, May 17, 2016 at 10:00am from the Fresno County Jail.

Status Conference re: Drug Treatment Program set for July 25, 2016 at 8:30am. before Judge O'Neill.

IT IS HEREBY ORDERED that the defendant shall be released forthwith *on all standard pretrial release conditions, including abiding by all rules and regulations of westcare.* /s/

DATED: May 16, 2016

                                             _____
                                             HONORABLE LAWRENCE J. O'NEILL
                                             UNITED STATES CHIEF sDISTRICT JUDGE