IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH CARTER,<br>　　　　　　　　Defendant. | CASE NO.  1:11-CR-00074 LJO<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

　　　The Government filed an application for an order to transport the defendant to state court proceedings. On February 15, 2017, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Kenneth Carter, F16907022 may proceed.  The defendant's appearance before the state court judge is necessary on February 22, 2017 at 8:30 a.m. for preliminary hearing.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Fresno County Jail.  His next appearance before the United States District Court is scheduled for March 6, 2017 at 8:30 a.m. for a status conference on a supervised release violation.  It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case will be on March 6, 2017:

　　　Based upon the Government's application, IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office or their designee may produce the defendant in Fresno County Superior court on February 21, 2017 for purposes of his presence at the preliminary hearing, but shall return him to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on February 21, 2017.  The Court further orders that the Fresno County Sheriff's Office or their designated agents can produce the defendant for future state court proceedings with his return immediately thereafter after the U.S. Marshal Service and the Fresno County Sheriff's Office confirms with

1 an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance.  Under
2 no circumstances is the defendant to be released from the physical custody of the Fresno County Jail other
3 than for the court appearances that are the subject of this Order or scheduled Federal Court Appearances, or
4 upon further order from this court.

6 IT IS SO ORDERED.

7 Dated:   **February 16, 2017**

UNITED STATES MAGISTRATE JUDGE