# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff-Appellee,<br><br>v.<br><br>KENNETH CARTER,<br><br>　　　　Defendant-Appellant. | D.C. No. 11-cr-00074-LJO-1<br>Eastern District of California<br><br>**ORDER** |

　　This court appointed Johanna S. Schiavoni, Esq. to represent defendant-appellant Kenneth Carter pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, on July 11, 2017 in Mr. Carter's pending appeal to the U.S. Court of Appeals for the Ninth Circuit. 9th Cir. Case No. 17-10268.

　　On July 28, 2017, Ms. Schiavoni filed in this Court a motion and supporting declaration seeking access to the portion of the reporter's transcript from a March 6, 2017 hearing, which was designated to be filed by the court reporter under seal. Having considered Ms. Schiavoni's motion, and because CJA counsel is ordinarily

entitled to such documents as part of the record on appeal, the request for access to the transcript or portion thereof filed "under seal" is granted.

The clerk shall serve on counsel a copy of the sealed portion of the transcript from the March 6, 2017 hearing.

IT IS SO ORDERED.

Dated: **July 31, 2017**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE