IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00074 LJO |
| Plaintiff, | ORDER FOR ACCESS TO SEALED TRANSCRIPT |
| v. | |
| KENNETH CARTER, | |
| Defendants. | |

Having considered the Government's motion (ECF No. 99), the request to access the "under seal" portion of the hearing transcript dated March 6, 2017 is GRANTED.

The clerk shall serve on counsel a copy of the sealed portion of the transcript from the March 6, 2017 hearing.

IT IS SO ORDERED.

Dated: **September 13, 2017**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1