IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

KENNETH CARTER,

                Defendants.

CASE NO. 1:11-CR-00074 LJO

AMENDED ORDER FOR ACCESS TO SEALED TRANSCRIPT

       Having considered the Government's motion (ECF No. 99), the request to access the "under seal" portion of the hearing transcript dated March 6, 2017 is GRANTED.

       The Court Reporter shall serve on counsel a copy of the sealed portion of the transcript from the March 6, 2017 hearing.[1]

IT IS SO ORDERED.

Dated:   **September 14, 2017**         **/s/ Lawrence J. O'Neill**     
                               UNITED STATES CHIEF DISTRICT JUDGE

---

[1] The Clerk of Court is directed to disregard the prior order on this subject, dated September 13, 2017.

1