# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>KENNETH CARTER,<br><br>    Defendant-Appellant. | Case No. 11-cr-00074-LJO-1<br><br>**ORDER GRANTING ACCESS TO SEALED DOCUMENTS** |

This Court grants the parties' joint motion for access to sealed documents or events in order to litigate the pending appeal.

The Clerk is ORDERED to serve on counsel for both parties copies of the documents filed at docket entries 2, 6, 33, 36, and 48.

IT IS SO ORDERED.

  Dated: **October 4, 2017**                **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES CHIEF DISTRICT JUDGE