# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-cr-00074-LJO-1 |
| Plaintiff, | **ORDER REAFFIRMING ORIGINAL SENTENCE** |
| v. | |
| KENNETH CARTER, | |
| Defendant. | |

The Court has received and reviewed the Ninth Circuit opinion filed May 4, 2018, ordering re-sentencing. ECF Nos. 104 & 105. The Defendant is already scheduled to be released in approximately 36 hours. The original sentence of two years with no supervision to follow is the resentence, but only on the admitted violations of failing to participate in drug testing and failing to follow probation's instructions. To sentence in a different fashion would actually delay the release.

IT IS SO ORDERED.

Dated: **May 7, 2018**       /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE